JIAXING CHEN, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 11–72091.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2013.*

Filed June 14, 2013.

David Z. Su, Esquire, Law Offices of David Z. Su, Monterey Park, CA, for Petitioner.

OIL, Thankful Townsend Vanderstar, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judge.

## MEMORANDUM **

Jiaxing Chen, a native and citizen of China, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence factual findings, *Tekle v. Mukasey*, 533 F.3d 1044, 1051 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the inconsistencies in Chen's testimony regarding his mistreatment while in detention, and how he obtained a Bible after he was released. *See Rivera v. Mukasey*, 508 F.3d 1271, 1275 (9th Cir.2007) (inconsistencies regarding details of incident that went to the heart of the claim deprived the claim of "the ring of truth"). In the absence of credible testimony, Chen's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.